UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

In re:

MARK A. SELLERS, III                      Case No. BG 20-02619
                                                                           Chapter 11 (Subchapter V)

        Debtor.
_____/

## ORDER RESCHEDULING STATUS CONFERENCE UNDER 11 U.S.C. § 1188

PRESENT:  HONORABLE JAMES W. BOYD
                            United States Bankruptcy Judge

       Mark A. Sellers, III (the "Debtor") filed the above-captioned Chapter 11, Subchapter V case on August 11, 2020. (Dkt. No. 1.) The court subsequently entered a notice of hearing, scheduling the status conference required under 11 U.S.C. § 1188(a) for October 13, 2020 at 1:00 p.m. Due to a scheduling conflict with the court's calendar, it will not be possible to hold the status conference on that date. Accordingly, the court determined to issue this order rescheduling the § 1188(a) status conference. The court also finds that it is appropriate to extend the time for holding the status conference, pursuant to 11 U.S.C. § 1188(b), because the need for the extension is attributable to the court's scheduling conflict, which is not a circumstance for which the Debtor should justly be held accountable.

       NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. Cause to extend the time for conducting the § 1188(a) status conference exists pursuant to 11 U.S.C. § 1188(b).

2. The § 1188(a) status conference in this case, previously scheduled for October 13, 2020 at 1:00 p.m. is rescheduled to **October 15, 2020** at **1:00 p.m.**

3. The Status Conference will be conducted by videoconferencing using the Zoom Cloud Meeting program/app. For information necessary to log into the Zoom status conference, please send an email to Judge Boyd's chambers, at JWB_Chambers@miwb.uscourts.gov. Chambers will automatically send a reply email with a Meeting ID and password (or telephone numbers) that may be used to join the video hearing. Parties who have already obtained the Meeting ID and password for the October 13, 2020 status conference do not need to re-contact the court, as the Zoom log-in information will be the same for the October 15, 2020 status conference.

4. Prior to the status conference, each participant should review Judge Boyd's Guidelines for Participation in Video Hearings via Zoom, available at https://www.miwb.uscourts.gov/content/judge-james-w-boyd under the "Authorized Video Appearances" tab.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this order pursuant to FED. R. BANKR. P. 9022 and LBR 5005-4 upon the Debtor, the Subchapter V Trustee, the Office of the United States Trustee, and all creditors and parties in interest listed on the Debtor's mailing matrix.

END OF ORDER

**IT IS SO ORDERED.**

**Dated September 29, 2020**

James W. Boyd
United States Bankruptcy Judge